UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PERCY JONES, JR.,

    Plaintiff,

    v.                                                                                   No. 3:24 CV 476

INDIANA STATE PRISON, *et al.*,

    Defendants.

## OPINION and ORDER

Percy Jones, Jr., without a lawyer, filed another complaint alleging he was attacked by fellow inmates at the Indiana State Prison in 1992. (DE # 1.) These same claims were dismissed as untimely only two months ago on April 5, 2024. *See Jones v. Indiana State Prison*, 3:24-CV-203-JTM-JEM (N.D. Ind. filed March 6, 2024). It is frivolous and malicious to bring these same untimely claims again.

For these reasons, this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i). Percy Jones, Jr., is **CAUTIONED** that if he files another lawsuit raising these untimely claims, he may be fined, sanctioned, or restricted.

**SO ORDERED.**

Date: June 14, 2024

                              s/James T. Moody
                              JUDGE JAMES T. MOODY
                              UNITED STATES DISTRICT COURT